# Wal-Mart Stores Inc.

## Fax Coversheet

**Date:** 10/29/20
**From:** DoNotReply@wal-mart.com
**Email:** DoNotReply@wal-mart.com

**To:**
**Fax:** 14792775991
**Subject:** STORE:isp.s02905.us
**Notes:** Confidential Wal-Mart Stores, Inc.

This fax and any files transmitted with it are CONFIDENTIAL and intended solely for the individual or entity to whom they are addressed. If you have received this in error please destroy it immediately.



# Walmart
## Save money. Live better.

## Email/Fax Coversheet

To: Legal Department/ Central Intake

Date: 10/29/20

Fax: 479-277-5991

Email: Legal@walmartlegal.com

Phone: 479-273-4505

Contact Name: (michael) Sm. Mike Artusa APM Marcos Mata

Store or Club Number: 2995

Date Received: 10/29/20

Total Pages: 9 (including cover)

Hearing Date: N/A

*Instructions: Fax or email documents with coversheet to the Legal Department, make a copy for your records and mail in the originals to Walmart Legal Department 702 SW 8th Street, Bentonville, AR 72716-0215. If you have any questions, please call the Legal Department Operator at 479-273-4505.*

Store Comments:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

-----------------------------------------x

LISA DEMELIO,

        Plaintiff/Petitioner,

- against -        Index No. 034940/2020

WAL-MART STORES, INC d/b/a
WAL-MART STORE #2905,

        Defendant/Respondent.

-----------------------------------------x

## NOTICE OF ELECTRONIC FILING
### (Consensual Case)
### (Uniform Rule § 202.5-b)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.

If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.

The benefits of participating in e-filing include:

- serving and filing your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

Page 1 of 2

EF-3

Oct 29 2020 14:15:57 CDT FROM: F2M/83251455037   MSG# 1450673117-006-1   PAGE 004 OF 010

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: 10/28/2020

Jeffrey B. Saunders                                    151 North Main Street, Suite 300
_____
Name
                                                       New City, NY 10956
Beldock & Saunders, P. C.                              _____
_____                                              Address
Firm Name
                                                       845-267-4878
                                                       _____
                                                             Phone

                                                       jsaunders@beldockandsaunderslaw.cc
                                                       _____
                                                             E-Mail

To:   Wal-Mart Store #2905
      _____

      250 Route 59
      _____

      Suffern, NY 10901
      _____

Index #                          Page 2 of 2                           2/24/20

EF-3

Oct 29 2020 14:16:23 CDT FROM: F2M/8325145503 MSG# 1458673117-006-1

FILED: ROCKLAND COUNTY CLERK 10/23/2020 04:10 PM        INDEX NO. 034940/2020
NYSCEF DOC. NO. 1                                       RECEIVED NYSCEF: 10/23/2020

PAGE 005 OF 010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
-----------------------------------------x
LISA DEMELIO,                                    Index No.
                                                 Date purchased:
                        Plaintiffs,
                                                 Plaintiffs designates
                                                 ROCKLAND County as
                                                 place of trial
        -against-
                                                 The basis of the venue
                                                 is Plaintiff's place
                                                 of residence

                                                 **SUMMONS**

WAL-MART STORES, INC. d/b/a WAL-MART             Plaintiff's Residence
STORE #2905                                      17 Rammler Lane
                                                 Bardonia, NY 10954
                        Defendants,              County of Rockland
-----------------------------------------x

**TO THE ABOVE-NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiffs' Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:  New City, New York
        October 22, 2020

                                                 Yours, etc.,

                                                 BELDOCK & SAUNDERS, P.C.

                                                 By: _____
                                                     Jeffrey B. Saunders, Esq.
                                                     Attorneys for Plaintiff
                                                     151 North Main Street, Suite 300
                                                     New City, New York 10956
                                                     (845) 267-4878

**Defendant's address:**
WAL-MART STORES, INC.
C/O CT CORPORATION SYSTEM
111 8TH AVENUE
NEW YORK, NY 10011

WAL-MART STORE #2905
250 ROUTE 59
SUFFERN, NY 10901

1 of 1

Oct 29 2020 14:17:01 CDT FROM: F2M/8251455037   MSG# 145067317-006-1   PAGE 006 OF 010

FILED: ROCKLAND COUNTY CLERK 10/23/2020 04:10 PM   INDEX NO. 034940/2020
NYSCEF DOC. NO. 2   RECEIVED NYSCEF: 10/23/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
--------------------------------------X
LISA DEMELIO,

               Plaintiff,

    - against -

               Index No.:

               VERIFIED COMPLAINT

WAL-MART STORES, INC. d/b/a WAL-MART
STORE #2905,

               Defendant.
--------------------------------------X

    Plaintiff, by her attorneys, BELDOCK & SAUNDERS, P.C., as and for her Complaint, complaining of the defendant, respectfully sets forth and alleges as follows:

    FIRST: That at all times hereinafter mentioned, plaintiff was and still is a resident of the County of Rockland, State of New York.

    SECOND: Upon information and belief, that at all times hereinafter mentioned, defendant WAL-MART STORES, INC. d/b/a WAL-MART STORE #2905, hereinafter referred to as "WAL-MART", was and still is a foreign business corporation duly organized and existing under and by virtue of the laws of the State of Delaware, and is duly licensed to do business in the State of New York.

    THIRD: Upon information and belief, that at all times hereinafter mentioned, defendant WAL-MART, owned, operated, managed, maintained and controlled a certain premises located at 250 Route 59, Suffern, County of Rockland, State of New York.

    FOURTH: Upon information and belief, that at all times

1

Oct 29 2020 14:17:31 CDT FROM: F2M/8325145037   MSG# 1450673117-006-1   PAGE 007 OF 010

FILED: ROCKLAND COUNTY CLERK 10/23/2020 04:10 PM   INDEX NO. 034940/2020
NYSCEF DOC. NO. 2                                  RECEIVED NYSCEF: 10/23/2020

premises, floors and aisles in such a manner as to cause and permit the aforesaid floors and aisles to be, become and remain in an unsafe, wet, improper, hazardous and dangerous condition, which condition consisted of a wet, slippery floor, which condition was created by the defendant, its agents, servants and/or employees, and/or had notice thereof, which condition consisted of a trap as well as a negligent and improper condition; in that the defendant, its agents, servants and/or employees failed to prevent the aforesaid floors from remaining in such condition; failed, omitted and neglected to properly maintain the floors/aisles and failed to clean and/or maintain the aforesaid floors and aisles in a reasonable condition; in negligently, carelessly and recklessly failing and/or omitting to correct the aforesaid defective condition of the floors within a reasonable period of time although the defendant, its agents, servants and/or employees had due notice, or by the use and reasonable care and inspection therein might and should have had notice, and the defendant, its agents, servants and/or employees failed, omitted and neglected to correct the condition of the wet and slippery floor condition, failed to warn customers of the dangerous condition existing thereat despite the actual and constructive knowledge and notice thereof; the defendant, its agents, servants and/or employees created the wet and slippery floor and failed, neglected and omitted to provide a safe place for the plaintiff and others to walk upon.

3

FILED: ROCKLAND COUNTY CLERK 10/23/2020 04:10 PM          INDEX NO. 034940/2020
NYSCEF DOC. NO. 2                                          RECEIVED NYSCEF: 10/23/2020

TENTH: That by reason of the above, plaintiff became sick, sore, lame, bruised and disabled, sustained serious injuries in and about divers parts of her body, experienced great pain and suffering, and plaintiff suffers and continues to suffer from said injuries and plaintiff has been informed, and verily believes, that said injuries are of a permanent nature and plaintiff was incapacitated for a long period of time and plaintiff was obliged to and did incur expenses for medical care, treatment and attention and will, in the future, be required to expend additional sums of money for such medical care, treatment and attention.

ELEVENTH: This accident falls within one or more of the exceptions set forth in CPLR Section 1602.

TWELFTH: That by reason of the foregoing, plaintiff has been damaged in an amount that exceeds the jurisdictional limits of all lower Courts that would otherwise have jurisdiction.

WHEREFORE, plaintiff demands judgment against the defendants in an amount that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: New City, New York
       October 22, 2020

Yours, etc.,
BELDOCK & SAUNDERS, P.C.

By: _____
    Jeffrey B. Saunders, Esq.

4

3 of 5

FILED: ROCKLAND COUNTY CLERK 10/23/2020 04:10 PM
NYSCEF DOC. NO. 2

INDEX NO. 034940/2020
RECEIVED NYSCEF: 10/23/2020

Attorneys for Plaintiff
151 North Main Street, Suite 300
New City, New York 10956
(845) 267-4878

4 of 5

Oct 29 2020 14:18:48 CDT FROM: F2M/83251455037   MSG# 1450673117-006-1   PAGE 010 OF 010

FILED: ROCKLAND COUNTY CLERK 10/23/2020 04:10 PM   INDEX NO. 034940/2020
NYSCEF DOC. NO. 2   RECEIVED NYSCEF: 10/23/2020

STATE OF NEW YORK )
) ss.:
COUNTY OF ROCKLAND )

Lisa Demelio, being sworn says:

I am the plaintiff in the action herein; I have read the annexed **VERIFIED COMPLAINT** and know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

Dated: New City, New York
October 22, 2020

_____
LISA DEMELIO

STATE OF NEW YORK )
:ss
COUNTY OF ROCKLAND )

On the 22nd day of October, 2020, before me personally came LISA DEMELIO, to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed same.

_____
NOTARY PUBLIC

JEFFREY B. SAUNDERS
NOTARY PUBLIC STATE OF NEW YORK
ROCKLAND COUNTY
COMMISSION EXPIRES 03/13/2022