**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

LISA DEMELIO,

                 Plaintiff,

      -against-                                   21 **CIVIL** 1900 (AEK)

                                                    **JUDGMENT**

WAL-MART STORES EAST, LP,

                 Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 13, 2023, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 14, 2023

                                    **RUBY J. KRAJICK**

                                   _____

                                       **Clerk of Court**

           **BY:**                    K. mango

                                     _____

                                       **Deputy Clerk**